IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**MICHAEL JENKINS**                                                                                  **PLAINTIFF**

**VS.**                                      **CASE NO. 2:05CV0095**

**CITY OF WEST HELENA**                                                   **DEFENDANT**

### ORDER

On June 8, 2007, the Court was advised that the parties in the above styled case had agreed to resolve the case within thirty days through binding arbitration. The Court retained jurisdiction to dismiss the case upon completion of the arbitration.

The parties are directed to file a status report on the completed binding arbitration on, or before, August 20, 2007.

IT IS SO ORDERED THIS  8  day of   August  , 2007.


James M. Moody
United States District Judge