**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

**MICHAEL JENKINS**                                                                                     **PLAINTIFF**

**VS.**                          **CASE NO. 2:05CV00095 JMM**

**CITY OF WEST HELENA, ET AL**                                                **DEFENDANT**

**JUDGMENT**

On June 8, 2007, after being advised that the parties had agreed to binding arbitration in the above styled case, the Court Ordered the parties to binding arbitration. The arbitration session was held on September 17, 2007 before Judge John Plegee who found in favor of plaintiff and who issued an Arbitration Order and Award on September 27, 2007. The decision of the Arbitrator is adopted by the Court as its own.

Pursuant to the September 27, 2007 Arbitration Order and Award, it is Considered, Ordered and Adjudged that a judgment of $65,084.00 consisting of $48,884.00 in damages, $12,000.00 in attorney's fees, and $4,200 in costs be entered in favor of plaintiff and against the defendant.

The pending motion for contempt (#41) is dismissed as moot and the Clerk of the Court is directed to close the case .

IT IS SO ORDERED THIS   25   day of    October   , 2007.

                                                            _____
                                                            James M. Moody
                                                            United States District Judge