**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**MICHAEL JENKINS**                                                              **PLAINTIFF**

**VS.**                                **CASE NO.  2:05CV00095 JMM**

**CITY OF WEST HELENA, ET AL.**                                    **DEFENDANTS**

**ORDER**

Based upon the decision made by the Mediator in the binding arbitration of the above

styled case and Exhibit C to the October 24, 2007 Motion for Contempt filed by the plaintiff,

defendant's Motion to Reconsider is denied (#43).

Plaintiff's Response to Motion to Set-Aside is dismissed as moot (#44).

IT IS SO ORDERED THIS   8   day of   November  , 2007.

_____
James M. Moody
United States District Judge